■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK SLOANE, Appellant. [875 NYS2d 107]—Appeal by the defendant from a judgment of the County Court, Westchester County (Cacace, J.), rendered February 14, 2007, convicting him of criminal possession of stolen property in the third degree and unauthorized use of a motor vehicle in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the opportunity of the trier of fact to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The defendant's claim of ineffective assistance of counsel is based on matter dehors the record and, therefore, cannot be reviewed on direct appeal (*see People v LeGrady*, 50 AD3d 1059 [2008]; *People v Shemack*, 46 AD3d 582 [2007]).

The sentence imposed was not excessive (*see People v Hobson*, 43 AD3d 1179 [2007]; *People v Suitte*, 90 AD2d 80 [1982]). Prudenti, P.J., Dillon, Covello and Leventhal, JJ., concur.